UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY O'CONNOR, | ) Case No. CV 12-9403 GHK(JC) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| DEPARTMENT OF CHILDREN AND FAMILY SERVICES, et al., | ) |
| Defendants. | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED:  2/26/13

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE